IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-01703-PAB-MEH

JERRY TOWNSEL,

    Plaintiff,

v.

DEBORAH BUTLER and
AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendants.
_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

    THIS MATTER comes before the Court upon the Stipulation for Dismissal of All Claims and Entire Action, With Prejudice [Docket No. 32] which defendant has filed in CMECF as a "Stipulated Motion." The Court has reviewed the pleading and is fully advised in the premises. It is

    **ORDERED** that the motion to dismiss [Docket No. 32] is granted. It is further

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

    DATED July 6, 2009.

                                            BY THE COURT:

                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge